```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 19330
   WILLIE HOWARD
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8186


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/28/2008 and was not confirmed.

     The case was dismissed without confirmation 10/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------

ROUNDUP FUNDING LLC        UNSECURED            806.90         .00            .00
SPRINT PCS                 UNSECURED         NOT FILED         .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED         NOT FILED         .00            .00
CHICAGO DEPT OF REVENUE    UNSECURED           2040.00         .00            .00
FIRST NATIONAL BANK OF M   UNSECURED         NOT FILED         .00            .00
PREMIER BANKCARD           UNSECURED            421.82         .00            .00
HOLY CROSS HOSPITAL        UNSECURED         NOT FILED         .00            .00
TELECOM                    UNSECURED         NOT FILED         .00            .00
IL DEPT OF HUMAN SERVICE   UNSECURED         NOT FILED         .00            .00
FV 1 INC                   UNSECURED         NOT FILED         .00            .00
ROUNDUP FUNDING LLC        UNSECURED            752.43         .00            .00
SEARS                      UNSECURED         NOT FILED         .00            .00
RESURGENCE FINANCIAL LLC   UNSECURED            274.02         .00            .00
INTERNAL REVENUE SERVICE   PRIORITY            2854.24         .00            .00
INTERNAL REVENUE SERVICE   UNSECURED            173.04         .00            .00
ARROW FINANCIAL SERV       UNSECURED            124.00         .00            .00
FIRST PREMIER BANK         UNSECURED           1683.45         .00            .00
PRA RECEIVABLES MGMT       UNSECURED           2669.15         .00            .00
LVNV FUNDING               UNSECURED            385.63         .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,474.00                        .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 19330 WILLIE HOWARD
```

```
                              ---------------        ---------------
TOTALS                                   .00                    .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/26/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE










                         PAGE   2
          CASE NO. 08 B 19330 WILLIE HOWARD